MEMORANDUM OPINION




Nos. 04-02-00578-CR; 04-02-00579-CR; 04-02-00580-CR; 


04-02-00581-CR; 04-02-00582-CR & 04-02-00583-CR



Juan OLVEDA,


Appellant



v.



The STATE of Texas,


Appellee



From the 81st/218th Judicial District Court, Karnes County, Texas


Trial Court Nos. 00-02-00012-CRK; 00-02-00013-CRK; 00-02-00014-CRK; 


00-02-00015-CRK; 00-02-00016-CRK & 00-02-00017-CRK


Honorable Stella Saxon, Judge Presiding



Opinion by: Alma L. López, Chief Justice


Sitting: Alma L. López, Chief Justice

 Karen Angelini, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: June 4, 2003


AFFIRMED

 Juan Olveda ("Olveda") was convicted of four charges of indecency with a child and two
charges of aggravated sexual assault of a child. Olveda's court-appointed attorney filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967), in which he concludes that the appeals
have no merit. Counsel provided Olveda with a copy of the brief and informed him of his right to
review the record and file his own brief. See Nichols v. State, 954 S.W.2d 83, 85-86 (Tex.
App.--San Antonio 1997, no pet.); Bruns v. State, 924 S.W.2d 176, 177 n.1 (Tex. App.--San
Antonio 1996, no pet.). Olveda did not file his own brief.

 We have reviewed the record and counsel's brief. We agree that the appeals are frivolous and
without merit. The judgments of the trial court are affirmed. Appellate counsel's motion to withdraw
is granted. Nichols v. State, 954 S.W.2d at 86; Bruns 924 S.W.2d at 177 n.1.


 Alma L. López, Chief Justice


DO NOT PUBLISH